**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 15-10014 |
| Plaintiff - Appellee, | 15-10015 |
| v. | D.C. Nos. 2:14-cr-00957-DLR |
| JOSE LUIS LOPEZ-ACOSTA, a.k.a. Jose Luis Acosta, a.k.a. Jose Luis Lopez-Arellanes, | 2:14-cr-50131-DLR |
| | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Douglas L. Rayes, District Judge, Presiding

Submitted January 20, 2016[**]

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

In these consolidated appeals, Jose Luis Lopez-Acosta appeals his

guilty-plea conviction and 70-month sentence for reentry of a removed alien, in

violation of 8 U.S.C. § 1326, and the revocation of supervised release and

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

concurrent 22-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Lopez-Acosta's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lopez-Acosta the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Lopez-Acosta waived the right to appeal his conviction, the revocation of supervised release, and his sentences. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss these appeals. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**